No. 12–6223.  HERNANDEZ-OCHOA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–6265.  MUDLOCK *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6278.  PAGAN *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–6327.  PARR *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6342.  MARTINEZ-FLORES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–6348.  ROMERO *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 12–6350.  JINWRIGHT ET VIR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6386.  YOUNG *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–6440.  McCOSKEY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6531.  LIVINGSTON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–6532.  NEAL *v.* BRIDGE, INC., ET AL.  Ct. Civ. App. Ala. Certiorari denied.

No. 12–6570.  ELLERBEE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6575.  GUESS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6584.  GRANDISON *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.